GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
ADAM M. RAPP, Bar No. 280824
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: afriedenberg@glynnfinley.com
arapp@glynnfinley.com

Attorneys for Defendants
VWR International LLC; Avantor, Inc.; and
Avantor Performance Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL ZARCO,<br><br>          Plaintiff,<br><br>  vs.<br><br>VWR INTERNATIONAL, LLC; AVANTOR, INC.; AVANTOR PERFORMANCE MATERIALS, INC.; and DOES 1 to 25, inclusive<br><br>          Defendants. | **Case No.** 4:20-cv-00089-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND ADR DEADLINES** |

**STIPULATION**

Plaintiff Emmanuel Zarco ("Plaintiff") and Defendants VWR International, LLC, Avantor, Inc., and Avantor Performance Materials, Inc. ("Defendants") hereby stipulate as follows:

WHEREAS, the Court's Scheduling Order and Order Selecting ADR Process (Dkt. Nos. 21, 30) presently set, *inter alia*, the following schedule for discovery and mediation:

1) Close of Fact Discovery:       November 15, 2020
2) Opening Expert Reports:       December 1, 2020
3) Date to Conclude Mediation: December 31, 2020
4) Rebuttal Expert Reports:       January 15, 2021
5) Close of Expert Discovery:    February 26, 2021; and

WHEREAS, in light of scheduling constraints on the parties and counsel and in order to provide adequate time under the circumstances for the conduct of fact and expert discovery in this action, and to orderly stage discovery in a manner so as to avoid incurring unnecessary expense should this matter be amenable to settlement, the Parties agree that a continuance of the above deadlines is appropriate;

WHEREAS, the requested continuance will not impact the trial or summary judgment hearing dates, or require any further continuance of deadlines ordered by the Court previously;

NOW, THEREFORE, the Parties stipulate and request that the Court Order that the following case deadlines should be continued as follows:

1) Close of Fact Discovery:       December 31, 2020
2) Opening Expert Reports:       March 1, 2021
3) Date to Conclude Mediation: January 31, 2021
4) Rebuttal Expert Reports:       April 15, 2021
5) Close of Expert Discovery:    May 26, 2021

- 2 -

1 SO STIPULATED.

2 Dated: October 20, 2020   THE ERLICH LAW FIRM
   JASON ERLICH

By   /s/ Jason Erlich
     Attorneys for Plaintiff Emmanuel Zarco

Dated: October 20, 2020   GLYNN & FINLEY, LLP
   ADAM M. RAPP

By   /s/ Adam M. Rapp
     Attorneys for Defendants

VWR International LLC; Avantor, Inc.; and Avantor Performance Materials, Inc.

- 2 -
STIPULATION AND ORDER EXTENDING DISCOVERY, ADR DEADLINES

**ORDER**

Pursuant to the foregoing stipulation of the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the following pretrial deadlines set forth in the Court's Scheduling Order and Order Selecting ADR Process (Dkt. Nos. 21, 30) are hereby continued as follows:

1) Close of Fact Discovery:      December 31, 2020
2) Opening Expert Reports:       March 1, 2021
3) Date to Conclude Mediation:   January 31, 2021
4) Rebuttal Expert Reports:      April 15, 2021
5) Close of Expert Discovery:    May 26, 2021

IT IS SO ORDERED.

Date: 10/21/2020

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE