| | |
|---|---|
| 1 | GLYNN, FINLEY, MORTL, |
| | HANLON & FRIEDENBERG, LLP |
| 2 | ADAM FRIEDENBERG, Bar No. 205778 |
| | ADAM M. RAPP, Bar No. 280824 |
| 3 | One Walnut Creek Center |
| | 100 Pringle Avenue, Suite 500 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone: (925) 210-2800 |
| 5 | Facsimile: (925) 945-1975 |
| 6 | Attorneys for Defendants |
| | VWR International LLC, Avantor, Inc., and |
| 7 | Avantor Performance Materials, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL ZARCO, | Case No. 4:20-cv-00089-HSG |
| Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE EXPERT DISCOVERY DEADLINE; ORDER** |
| vs. | |
| VWR INTERNATIONAL, LLC; AVANTOR, INC.; AVANTOR PERFORMANCE MATERIALS, INC.; and DOES 1 to 25, inclusive | |
| Defendants. | |

The Court's comments during the recent hearing on Defendants' motion for summary judgment suggested a possibility that the Court may grant the motion in full, which would of course end the case. In the meantime, the parties are confronted with an expert discovery cutoff of May 26, 2021. (Dkt. No. 33.) Defendants have timely noticed the depositions of Plaintiff's expert witnesses on liability and damages for May 12 and 17, respectively. After the summary judgment hearing and consistent with the Court's guidance in its minute order that such a continuance would be acceptable if it did not interfere with pretrial conference dates (Dkt. No. 54), counsel for Defendants promptly contacted Plaintiff's counsel to request that the parties stipulate to continue the May 26 deadline to avoid spending time and resources on depositions that may become unnecessary. (Ex. 1.) Plaintiff's counsel advised that he is set for trial in

another matter during part of June, so Defendants suggested continuing the deadline to July 31, which would cause no interference with any court-ordered deadline. (*Id.*) Plaintiff has advised that he is not amenable to schedule change, or even any discussion of schedule change, and is unwilling even to explain why this is. (*Id.*) Accordingly, Defendants respectfully request that the Court continue the expert discovery cutoff to July 31, 2021.

Dated: May 10, 2021

                                                      GLYNN, FINLEY, MORTL,
                                                    HANLON & FRIEDENBERG, LLP

                                                    By    /s/ Adam Friedenberg
                                                          Attorneys for Defendants
                                                          VWR International LLC, Avantor, Inc.,
                                                          and Avantor Performance Materials, Inc.

**ORDER**

DATED: 5/11/2021

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — /s/ Haywood S. Gilliam Jr., Judge Haywood S. Gilliam Jr.]*